COLEMAN R. CHAMBERLAIN, Appellant, v. ANTONIO CIRRINCIONE, Respond-

ent.— Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.